158 A.3d 1231

Patricia HEICHEL and Gerald Heichel,
Her Husband, Petitioners

v.

SMITH PAVING AND CONSTRUCTION COMPANY a/k/a Smith Paving & Construction Company, and Grubb & Ellis Management Services, Inc., Respondents

No. 169 WAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.